# United States Court of Appeals for the Fifth Circuit

No. 20-50096
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
August 10, 2020

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee,*

*versus*

Pedro Gama-Alvarez, *also known as* Guero, *also known as* El Lobo,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:12-CR-1578-1

Before Dennis, Costa, and Engelhardt, *Circuit Judges.*

Per Curiam:*

The attorney appointed to represent Pedro Gama-Alvarez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

No. 20-50096

Cir. 2011). Gama-Alvarez has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Gama-Alvarez claims of ineffective assistance of counsel or any claim that his plea was coerced; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014); *United States v. Corbett*, 742 F.2d 173, 176-78 & n.11 (5th Cir. 1984).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Gama-Alvarez's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Gama-Alvarez's motion for the appointment of new counsel is DENIED. *See United States v. Wagner*, 158 F.3d 901, 902-03 (5th Cir. 1998).